UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number:  08-14139-CIV-MARTINEZ-LYNCH

PRECIOUS E. MILLER,
    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of
Social Security,
    Defendant.
_____/

## ORDER REQUIRING THE PARTIES TO COMPLETE A CONSENT FORM AND DIRECTING PARTIES TO FILE CERTIFICATES OF INTERESTED PARTIES

THIS MATTER came before the Court upon a *sua sponte* review of the file.  To efficiently, expeditiously, and economically resolve this dispute, it is hereby:

ORDERED:

1.  Plaintiff shall forward a copy of this Order to all Defendants, upon notice or appearance of defense counsel or *pro se* Defendant.

2.  Within **twenty (20) days** of the appearance of a Defendant, the parties shall **jointly** complete and file with the Court the Magistrate Judge Jurisdiction Election Form appended to this Order as **Attachment A**.  The Court will not accept unilateral submissions in this regard; thus, a "Yes" should be checked only if all parties agree.  If the parties consent to a full disposition of the case by the Magistrate Judge, including trial and entry of final judgment, the parties shall jointly file the election form appended to this Order as **Attachment B**.

3.  **Failure of counsel to file a joint Magistrate Judge Jurisdiction Election Form or otherwise comply with this Order shall result in dismissal, default, or the imposition of other appropriate sanctions, including attorney's fees and costs**.

IT IS FURTHER ORDERED:

4.  **The parties are to submit Certificates of Interested Parties and Corporate Disclosure Statements**.  The Plaintiff, Defendant, Intervenors, and *Amicus Curiae*, including governmental parties SHALL FILE a Certificate of Interested Persons and Disclosure Statement,

which shall contain a **complete** list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including **ALL** subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.  The parties shall have **fifteen (15) days** from the date of this Order to file the original Certificate.  Throughout the pendency of this action, the parties shall be under a continuing duty to amend, correct, and update the Certificate. **The parties SHALL NOT include the names of the assigned District Judge and Magistrate Judge, merely by virtue of this case being assigned to them.**

     5.    Every motion filed in this case shall be accompanied by **one proposed original order** granting the motion.  The order shall contain the **up-to-date service list** (names and facsimile numbers or addresses) of all counsel or pro se litigants in the case.

     DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of April, 2008.

                                                                                                   JOSE E. MARTINEZ
                                                             UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number:  08-14139-CIV-MARTINEZ-LYNCH

PRECIOUS E. MILLER,
    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social
Security,
    Defendant.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

    In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs    Yes \_\_\_\_\_  No \_\_\_\_\_
2. Motions for Attorney's Fees    Yes \_\_\_\_\_  No \_\_\_\_\_
3. Motions for Sanctions    Yes \_\_\_\_\_  No \_\_\_\_\_
4. Motions to Dismiss    Yes \_\_\_\_\_  No \_\_\_\_\_
5. Motions for Summary Judgment    Yes \_\_\_\_\_  No \_\_\_\_\_
6. Other (specify) _____

_____    _____
(Date)    (Signature--Plaintiff's Counsel)

_____    _____
(Date)    (Signature--Plaintiff's Counsel)

_____    _____
(Date)    (Signature--Defendant's Counsel)

_____    _____
(Date)    (Signature--Defendant's Counsel)

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number:  08-14139-CIV-MARTINEZ-LYNCH

PRECIOUS E. MILLER,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

ELECTION TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE FOR TRIAL

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.

| _____ | _____ |
|---|---|
| (Date) | (Signature--Plaintiff's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Plaintiff's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Defendant's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Defendant's Counsel) |

[Attachment B]

-4-

-3-

[Attachment B]
-3-